

## MANDATE

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE BUSINESS COURT, DIVISION 8A, TARRANT COUNTY, GREETINGS:

On February 21, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

ETC Field Services, LLC FKA. Regency Field Services, LLC v. Tema Oil and Gas Company, NO. 15-24-00124-CV (Tr. Ct. No. 24-BC08B-0001).

The Court of Appeals entered the following judgement or order:

For the foregoing reasons, we dismiss ETC's direct appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof affixed, at the City of Austin, Texas, this May 7, 2025.

CHRISTOPHER A. PRINE, CLERK